# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:06CV252 |
| vs. | ) | |
| | ) | ORDER |
| **$120,088.OO IN UNITED STATES CURRENCY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

  Upon the oral request of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for June 27, 2007, at 3:00 p.m. is cancelled and is **rescheduled for July 13, 2007 at 1:00 p.m.** with the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

  DATED this 27th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
