# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>    **Plaintiff,** )<br>)<br>        vs. )<br>)<br>**$120,088.00 IN UNITED STATES** )<br>**CURRENCY,** )<br>)<br>    **Defendant.** ) | **8:06CV252**<br><br>**ORDER** |

This matter is before the court following a telephone conference with counsel for the parties on July 13, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **August 30, 2007, at 12:30 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 13th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge