## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CV252 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| $120,088.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following a status conference with counsel on August 30, 2007.  The plaintiff was represented by Assistant U.S. Attorney Nancy A. Svoboda and the claimant was represented by Paul L. Gabert.  Since the related criminal case in California has been concluded, the stay previously imposed in this matter is lifted.  A planning conference with counsel and the undersigned magistrate judge is scheduled for **3:00 p.m. Central Daylight Time on October 26, 2007**.  The plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 5th day of September, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge