```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF NEBRASKA

                                              08 JAN -3 AM 10: 31

                                              OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 8:06CV252 |
| $120,088.00 IN UNITED STATES CURRENCY, | ) ORDER |
| Defendant. | ) |

NOW ON THIS 3rd day of January, 2008, this matter comes on before the Court upon the Stipulation of the parties (Filing No. 32). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Seven thousand five hundred of the Defendant property should be returned to the Claimant, Luis Camay-Alvarado, by delivering the same to the trust account of his attorney of record, Paul L. Gabbert.

2. Pursuant to this Court's Order dated March 9, 2006(Filing No. 6), the United States Marshal for the District of Nebraska ("Marshal") has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on May 4, 2006(Filing No. 9). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in

the Defendant property.

3. The balance of the Defendant property, <u>viz.</u>, $112,588.00, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. Seven thousand five hundred of the Defendant property shall be returned to the Claimant, Luis Camay-Alvarado, by delivering the same to his attorney of record, Paul L. Gabbert. The Marshal shall deliver said amount by making payment to the Paul L. Gabbert, Client Trust Account.

C. Pursuant to this Court's Order dated March 9, 2006 (Filing No. 6), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on May 4, 2006 (Filing No. 9). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, <u>viz.</u>, $112,588.00, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $112,588.00 in accordance with law.

F. Upon Mr. Gabbert's receipt of the $7,500.00, as mentioned above, he shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

_____
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda  (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$120,088.00 IN UNITED STATES
CURRENCY, Defendant, and
LUIS CAMAY-ALVARADO, Claimant


By: _____
PAUL L. GABBERT(#74430)
Attorney at Law
2115 Main Street
Santa Monica, CA 90405
310) 399-3259